UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:16CR___95___(VLB) |
| v. | VIOLATION: |
| DANIEL JESSE CONRAD | 18 U.S.C. Section 2251(a) (Production of Child Pornography) |
| | 18 U.S.C. Section 2253 (Forfeiture) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE
### (Production of Child Pornography)

1.      From approximately October 2013 to June 5, 2014, in the District of Connecticut and elsewhere, the defendant DANIEL JESSE CONRAD did employ, use, persuade, induce, entice, and coerce any minor, specifically MV#1, MV#2, and MV#3, whose identities are known to the United States Attorney, to engage in sexually explicit conduct for the purpose of producing any visual depictions of such conduct, including, but not limited to, "2212.avi" (depicting MV#1), "4743667256058135034.IMG_8635.JPG" (depicting MV#1), "1152224.avi" (depicting MV#2), and "18.avi" (depicting MV#3), which were produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a).

## FORFEITURE ALLEGATION

2.      Upon conviction of the offense alleged in Count One of this Information, the defendant DANIEL JESSE CONRAD shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of the said offense, all property constituting or traceable to gross profits or other proceeds obtained from such offense, and all visual depictions described in Title 18, United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including, but not limited to, the following:

>  a.    eMachines computer, bearing serial number PTNB50200395300C182700, and
>
>  b.    Apple iPhone 4S, bearing serial number C8PJ2673DTD0.

3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

NEERAJ N. PATEL
ASSISTANT U.S. ATTORNEY