**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

**UNITED STATES OF AMERICA**          **CRIMINAL NO.:  3:16-CR-00095(VLB)**

**Vs.**

**DANIEL CONRAD**                    **DECEMBER 7, 2016**

**SUPPLEMENTAL SENTENCING MEMORANDUM**

     The Defendant, Daniel Conrad, Jr., through counsel, hereby files the

attached Supplemental Sentencing Memorandum prepared by Clinton J. Roberts,

Sentencing Consultant including numerous letters regarding the Defendant,

Daniel Conrad.

                    **THE DEFENDANT: DANIEL CONRAD**

                    **BY:** _____
                         David A. Moraghan, Esq.
                         Smith, Keefe, Moraghan & Waterfall, LLC.
                         32 City Hall Avenue, Suite C
                         Torrington, CT 06790
                         (860) 482-7651
                         E-Mail:  dam@skmwlaw.com
                         Federal Bar No.:  ct00054

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**          **CRIMINAL NO.: 3:16-CR-00095(VLB)**

**Vs.**

**DANIEL CONRAD**                     **DECEMBER 7, 2016**

### CERTIFICATION OF SERVICE

     I hereby certify that on December 7, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     A courtesy copy was mailed to:

**Honorable Vanessa L. Bryant, United States District Court, 450 Main Street, Hartford, CT 06103.**

BY: _____

David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall, LLC.
32 City Hall Avenue, Suite C,
Torrington, CT 06790
(860) 482-7651
E-Mail:  dam@skmwlaw.com
Federal Bar No.: ct00054

# CLINTON J. ROBERTS & ASSOCIATES, INC.

———————————————— CRIMINAL DEFENSE MITIGATION ————————————————

CLINTON J. ROBERTS

100 PEARL STREET, 2ND FLOOR
HARTFORD, CT 06103

TEL: (860) 278-5252
FAX: (860) 560-0060
Email: cjrascinc@aol.com
www.criminaldefensemitigation.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA            :  Case No. 3:16CR00095(VLB)

            VS.            :

DANIEL CONRAD            :  Sentencing date: December 14,
2016

## SUPPLEMENTAL SENTENCING MEMORANDUM

### I.    Introduction

The undersigned submits the following memorandum in aid of sentencing, and with respect to the application of 18 U.S.C. §3553(a) at the request of Attorney David Moraghan in behalf of his client, Daniel Conrad. Attorney Moraghan has shared with the undersigned case related material including a review of the PSR, offense conduct, and a psychological evaluation prepared by Dr. Madelon Baranoski, a clinical psychologist who is a Professor at Yale School of Medicine Law and Psychiatry Division.  Additionally, the undersigned has interviewed Mr. Conrad and members of his family.  Character letters submitted on his behalf have been reviewed and are attached hereto (see – Character

1

CLINTON J. ROBERTS & ASSOCIATES, INC.

Letters – *App. A-D*).  The purpose of this report is to provide this Court with additional information pertaining to Daniel Conrad's personal history and mitigating factors for consideration.

Mr. Conrad, age 32 is before this Court never having had a criminal arrest or conviction. As reported in the PSR, and in Dr. Baranoski's report, he had enjoyed a strong family support system throughout his young life.  He is a high school graduate and has earned college credits. He has been employed for most of his adult life as a carpenter.  Currently, Mr. Conrad is before this Court after entering a plea of guilty to the offense of Production of Child Pornography, in violation of 18 U.S.C. §2251(a) which carries a mandatory minimum sentence of 15 years and a maximum sentence of 30 years.   Though the sentencing guidelines have been calculated to exceed the maximum sentence of 30 years, the argument here and by defense counsel is for the Court to impose no more than the mandatory minimum of 15 years as any additional term of incarceration would be far greater than necessary based in part on the mitigating factors articulated in Dr. Baranoski's report and that of defense counsel. That being said the PSR also indicated that based on Mr. Conrad's social history, the lack of any prior criminal arrests or convictions and his acceptance of responsibility and genuine remorse, this Court *"...may wish to consider whether imposition of a sentence within the advisory guideline range is more than necessary to accomplish the purposes of sentencing..."* (PSR – p. 18).

2

CLINTON J. ROBERTS & ASSOCIATES, INC.

As for the facts of this case they have been set forth in the PSR and this Court is fully aware of the offense conduct so there is no need to comment further for the purposes of this report. Nevertheless, the undersigned wishes to emphasize the fact that Mr. Conrad has accepted full responsibility for his behavior and has expressed deep sadness and remorse for his wrongful acts. He has no prior criminal record as was mentioned above. He has complied with the Court's Pre-trial services requirements. His compliance with Pre-trial services and the further fact that he has no subsequent arrests or wrongful behavior, and, the additional fact that all psychological testing administered by Dr. Baranoski as outlined in her evaluation indicate that Mr. Conrad is not a risk to reoffend nor is he a pedophile. Moreover, his mental health offers up an explanation for his aberrant behavior in the instant offense as articulated in Dr. Baranoski's evaluation which Attorney Moraghan plans to attach to his sentencing memorandum for the Court's review. These factors are reasons for the Court to consider imposing the minimum sentence.

As for the preparation of this report, the undersigned is a former State of Connecticut Probation Officer, and has been in private practice as a criminal defense mitigation specialist for over 25 years. The United States District Courts for the 2nd and 3rd Circuits, specifically in CJA cases, and at the request of defense counsel, has approved the undersigned to assist members of the criminal defense bar in preparation of sentencing memoranda. Moreover, the

CLINTON J. ROBERTS & ASSOCIATES, INC.

undersigned has been approved by the State of Connecticut Office of Chief Public Defender as an expert in defense mitigation and criminal justice policy.

II.    The Application of 18 U.S.C. §3553(a)

Pursuant to *United States v. Booker*, 543 U.S. 220, 259-60 (2005), the Court must consider each of Section 3553(a) factors in fashioning an appropriate sentence.

These factors are:

(1) The nature and circumstances of the offense and the history of the defendant;

(2) The need for the sentence imposed – (A) to reflect the seriousness of the offense, to promote respect for the laws, and to provide just punishment for the offense (B) to afford adequate deterrence to criminal conduct; (C) to protect the public from further crimes of the defendant; and (D) to provide the defendant with needed educational or vocational training, medical care, or correctional treatment in the most effective manner;

(3) The kind of sentences available;

(4) The applicable Sentencing Guidelines;

(5) Any pertinent [Sentencing Guidelines] policy statement'

4

CLINTON J. ROBERTS & ASSOCIATES, INC.

(6) The need to avoid unwarranted disparities among defendants with similar records who have been found guilty of similar conduct, and

(7) The need to provide restitution to any victims of the offense.

Section 3553(a) contains an overarching provision instructing district courts to impose a sentence sufficient, but not greater than necessary to accomplish the goals of sentencing.  Sentencing under Section 3553(a) therefore requires the Court to start with the minimum sentence permissible, and add only so much additional punishment, if any, as is necessary to comply with the purpose of Section 3553(a).  Based on all the factors that defense counsel will provide this Court, the detailed psychological evaluation prepared by Dr. Madelon Baranoski, including the fact that he is a low risk to reoffend, that he suffers from mental health disorders, that he has had no history of prior criminal or deviate sexual behavior and that his overall social history is a positive one all of these salient and mitigating factors provide this Court with sufficient information to sentence Mr. Conrad to the minimum sentence allowed by statute.

A.  The History and Characteristics of Daniel Conrad

1.  Early Childhood and Family History

Daniel Conrad is 32 years old born on May 21, 1984 in Torrington, Connecticut.  He was the second of two children born to David Conrad and

5

CLINTON J. ROBERTS & ASSOCIATES, INC.

Barbara Smith (Fitting).   Daniel has an older brother, Jeremy, age 37 who is married for the second time and has two children.   Jeremy is employed for Franklin Products a manufacturer of airplane seats in their Information Technology division.   Jeremy and his family reside in New Hartford.  Throughout his life, Daniel and his brother have maintained a close relationship.   As indicated in a letter attached hereto, Jeremy wrote: *"...I still vividly remember the day he was born even though I was only 5 years old.  I have always been very proud of my brother.  He was the best man at my wedding.  He listens to me with an open heart when I come to him with problems.  He is always the one to take the hard stance about being honest doing what is right even when it isn't easy.  He helped our disabled father by shoveling snow, yard work, taking him to doctor's appointments.   He has done river clean ups and cares deeply about our environment.  He loves to photograph wildlife and wants to preserve the wildlife for future generations.  He is known as a very caring friend who would give the very shirt off his back to any of his friends in need. My brother is a good man.  He has helped friends and family with construction and works very hard to do a job he is proud of..."* (see – Family Character Letters – App. A).

Likewise, Daniel and his family have a very supportive and close relationship.   Even after his parents divorced when Daniel was only 18 months old, his parents maintained an amicable relationship.   Dan and his brother spent every weekend with their father enjoying vacations with him and his father's

CLINTON J. ROBERTS & ASSOCIATES, INC.

extended family members. As was mentioned previously, Dan's father had been ill for many years. Dan was there for his father to provide comfort and help at every turn.     Mr. Conrad lived alone in Simsbury and was an Information Technology teacher at Northwest Community College.   David Conrad suffered from many health issues including bladder cancer, heart disease and diabetes. Dan Conrad was very close to his father.  This past August, Dan went to visit his father and found him unconscious. He called emergency medical personnel. Mr. Conrad died the next day. David Conrad was 66 years old.  Dan, his brother and other family members spread their father's ashes at the family's favorite vacation home on Prudence Island in the middle of Narragansett Bay in Rhode Island.  The Prudence Island home was his paternal grandmother's property and after her death the home was willed to Dan's father.  The passing of Dan's father has been a very emotional time for him and his family especially considering the impending sentencing and term of incarceration that he is facing.

His mother, Barbara Jean Smith (Fitting), age 64 is a retired nurse.  She married twice following her divorce from David Conrad.   Dan's father never remarried and lived alone until his death.  After his parent's divorce Dan and his brother lived with their mother. She was their primary support.   She was a registered nurse working at a State facility and also at a recovery center for alcoholics.  Dan's father had visitation rights and would be with his sons every weekend enjoying fishing together and playing cribbage.  Dan said, "*...My father*

7

CLINTON J. ROBERTS & ASSOCIATES, INC.

*was a big part of our lives…He was always there for us…"* Several years after his parent's divorce his mother remarried.   Her second marriage was to Joseph Currier.  Dan was 4 years old when his mother married Mr. Currier.  Dan recalled having a close relationship with Mr. Currier as he was an avid motorcycle enthusiast which Dan enjoyed, and he was kind.  Mr. Currier was a recovering alcoholic.  Dan's mother had a zero tolerance for alcohol abuse so when Mr. Currier resumed his alcohol use the couple divorced after only two years of marriage.  Dan's recollection of Mr. Currier, though, was a positive one. He was never abusive toward Dan or his brother and he never witnessed any abuse toward his mother. In fact, Dan referred to Mr. Currier's mother, Mrs. Betty Currier, as "grandmother."  He said Mrs. Currier baby sat for him, *"made me cookies"* and, like Mr. Currier, she was very kind.

Several years later, Barbara (Fitting) remarried for a third time. She married Jeffrey Fitting, age 59.  Mr. Fitting is an electrician by trade.  Over the years, Dan and Jeffrey Fitting have established a close relationship. The two went into business together operating a floor sanding franchise – Mr. Sandless Floor Refinishing, as well as buying residential property in order to restore the property and re-sell for a profit.  Unfortunately, each enterprise failed and their investment was lost.  Nevertheless, Jeffrey Fitting has been steadfast in his support of Dan and has stood by him throughout the legal proceedings.

CLINTON J. ROBERTS & ASSOCIATES, INC.

In letters attached hereto, Dan's mother and step-father each wrote in support of their son, extolling his good deeds and good character. His mother wrote: *"...Dan is a wonderful son. I don't know what his step-father and I would do without him. He helps us with shoveling snow and plowing our driveway in the winter...Whenever we need him he is right there to lend a helping hand...When my parents were alive and Dan was in his teenage years he would help them with lifting heavy things or help them in any way that he could or just be with them when they were lonely...When Dan was in high school he worked at Stop & Shop. One day, one of his co-workers was choking on something and Dan did the Heimlich maneuver on him and saved him...He is very hardworking and has worked in the construction field for 10 years. When a friend of my husband fell on hard times Dan volunteered his time to help finish an addition for them. He makes beautiful furniture, such as toy boxes for his nieces and nephews and has made many items for his friends...Dan is a loving son who will always be ready and willing to help anyone in need. He is generous, kind hearted, respectful, honest, and has a positive attitude. He is reliable and trustworthy. He is a productive member of society..."* (*see* – Letter of Barbara Fitting – *App. A*).

Jeffrey Fitting also wrote a letter in support of Dan. In a letter attached hereto, he said, *"...I have been in Dan's life since he was 8 years old...Dan has been an added joy to my life...Dan has a very "giving" spirit. He would do*

CLINTON J. ROBERTS & ASSOCIATES, INC.

*anything to help others...In 2012, I bought a franchised floor refinishing business, and Dan was my partner. I knew I could depend on him to go into people's home and treat them with respect, and do an amazing job...Sad to say, I have since closed up that business, but I would not hesitate for a minute to go into business with him again...I couldn't be prouder than to say I am Dan's step-father..."* (see – Letter of Jeffrey Fitting – *App. A*).

Overall, Daniel Conrad described his childhood as being "great." There was no evidence of abuse or difficulties. Even when his parent's divorced his father and mother were united in raising their children. Subsequent marriages for his mother brought about good relationships and a lasting and loving one with Dan's step-father, Jeffrey Fitting. Dan also mentioned that he was raised in a family that taught him to be kind to others – strong humanitarian and religious beliefs – helping others in the community. As has been mentioned in the numerous character letters attached hereto, Dan has lived his young life helping others and volunteering to assist those persons in need. This example of his character is the true character of this young man who is before this Court.

2. Education

Academically, Daniel Conrad has performed within an average range of intelligence. Besides being diagnosed with Attention Deficit with Hyperactivity Disorder during his early grade years, and, there was no other evidence of any

10

CLINTON J. ROBERTS & ASSOCIATES, INC.

other learning disabilities, Dan graduated from Northwestern Regional High School #7 in Barkhamsted in 2002.  While attending high school, he reported participating in sports, including soccer and baseball.  In middle school, Dan ran cross country and track.  Admittedly, he lost interest in school toward the end of his high school years primarily due to working at a local Stop & Shop grocery store and earning an income.  That said he did pursue college following his graduation from high school.  He attended Northwest Community College where his father was employed.  He studied computer science following his father's interest and professional career path.  His interest in college waned after earning about 40 college credits finding greater interest in working as a carpenter for construction companies.

3. <u>Employment</u>

His employment history began during his teenage years working for Stop & Shop during after school hours.  He worked for the grocery store as a cashier from 2000 – 2002.  Thereafter, along with attending community college, Dan Conrad began working as a carpenter's apprentice for the Norfolk Construction Company.  The company built "*high end*" homes as well as home renovations and additions.  He said, *"...I learned a lot from them, though I was immature and didn't take the job as seriously as I should have..."* He was laid off in 2005 due to the slowing economy.  Over the next seven years, Dan continued to find

CLINTON J. ROBERTS & ASSOCIATES, INC.

employment as a carpenter in the construction field.  He was employed by the Donald Scott Reeve Construction Company in 2003 for two years and then again in 2012 – 2014.  He was employed by the Slater Building and Remodeling Company from 2008 – 2009 in Barkhamsted.  The company framed houses.  From 2009 to 2012 he worked for Michael Cordello – Cordello Builders framing new homes and general carpentry.  Afterwards, as was mentioned previously, Dan and his step-father, Jeffrey Fitting joined as partners in a floor sanding business in 2012.  Their venture did not succeed and closed about a year later.  Over the past two years, Dan has been working for Phil Schneider who owns a floor sanding franchise the same as the one Dan and his step-father had started.  He said he works about 3 days a week on jobs that are in Connecticut only, as he is prohibited from leaving the State as part of his pre-trial services conditions.  Mr. Schneider is fully aware of Dan's charges and legal situation and has been very supportive.  Dan describes Mr. Schneider as a very religious and forgiving person.

In a letter attached hereto, Mr. Schneider wrote: *"...Dan Conrad has been a friend of mine for the past four years and an employee of mine for the past year...Dan is my best employee. He is trustworthy and always goes the extra mile. When he sees something that needs done even if it's not in the job contract he will do it to make sure the customers are always happy.  He always has a positive attitude even on the hard days...Dan is compassionate as well.  He is always*

12

CLINTON J. ROBERTS & ASSOCIATES, INC.

*mindful of older customers...He relates well with people and my customers always love his company, work ethics and quality of work he performs...I would love to re-employ Dan at a future time...Dan is a very positive and hard -working man.  He has what it takes to be a great asset to the community..."* (*see* – Letter of Phil Schneider – *App. C*).

Likewise, former employers and work colleagues wrote letters of support that are attached hereto.  In particular, D. Scott Reeves wrote: *"...I am the owner of D. Scott Reeve Construction, LLC.  I have been in business for 19 years.  I have known Dan for 20 years, and have worked with him on and off for the last 8 years.  Dan has always been a delightful cheery person with a positive outlook on life...While we have worked together, I can safely say that he is a hard working young man and eager to show up and get the job done.   I would not hesitate to have him work with my crew, and welcome the opportunity for him to return.  He is very professional and conscientious carpenter, and working with him was a pleasure..."* (*see* – letter of D. Scott Reeve – *App. C*).

### 4.  <u>Marriage and Family</u>

It has been written in the PSR as well as in Dr. Baranoski's report of the relationship Daniel Conrad has had with Erin (nee Welch) Conrad.  The two met over 10 years ago.  Erin was estranged from her parents. Reportedly, she was depressed and needed a place to live.  She came to live with Dan and his family.

13

Clinton J. Roberts & Associates, Inc.

Their relationship continued and, on May 17, 2014 they were married.  The couple were living together in New Hartford until their recent divorce.  After their divorce, Dan returned to reside with his parents in Barkhamsted.  Erin resides in the house the couple had shared.   They have no children. Their relationship, seemingly, has been a complex one.   The instant offense was a catalyst that ultimately led to their divorce.   During the divorce proceedings they lived together.  Dan has been clear that he remains in love with Erin.   His lack of maturity, based on Dr. Baranoski's opinion, remained static during the couple's relationship and marriage, while Erin seemed to mature and grow.  In part, Dan's immaturity and lack of growth as his wife was moving forward and wanted a family could have contributed to the ultimate dissolution of the marriage.  The undersigned defers to Dr. Baranoski's psychological evaluation for a more in-depth understanding of their relationship.  Erin is the manager of a hair styling business in New Hartford.  As mentioned above she resides in the house the couple purchased.  During their marriage they rescued a dog that they adopted – a black lab terrier mix – his name is "*Fred.*"  As Dan described his relationship with Erin he said they had been together since 2005. He said, "*...The relationship was perfect...we never fought...we would say we were each other's best friend – soul mate...*"  Daniel Conrad became emotional, and tearful as he spoke of their divorce and the circumstances, saying, "*...I love her...I feel so sad...*"

14

CLINTON J. ROBERTS & ASSOCIATES, INC.

### 5. Physical and Mental Health

Although he reported smoking marijuana while in college and drinking alcohol there is no evidence of any serious substance abuse problems. In fact, he admitted to the Federal Probation Officer preparing the PSR that he ended the use of alcohol as it was making him feel sad and more depressed. Moreover, there has been no prior need for substance abuse treatment.

His physical health is good. He reported breaking his fingers as a result of a motorcycle accident in 2006. During high school, he was swinging an ax trying to split a piece of wood on a dare from some friends when the handle recoiled and struck him in the nose. The injury resulted in a laceration that required stiches. A scar on his nose remains visible.

Mental health status has been reported in detail in Dr. Baranoski's report. Dr. Baranoski concluded writing, "*...Mr. Conrad is a young man who emotionally and socially is more adolescent than adult. His offenses came at a time when he was overwhelmed by adult expectations. For him, the wedding and upcoming marriage was not a time of joy but rather a threat of loss, a period of turmoil, resentment, and fear. He was unable to recognize his distress or its cause. Rather he sought comfort in sex with adolescent girls who would accept and "want" him without forcing him to grow up. It is my opinion that his offenses were more the result of the convergence of circumstances than they were inevitable expressions of an inherent character flaw...Mr. Conrad is remorseful*

CLINTON J. ROBERTS & ASSOCIATES, INC.

*and shamed; he understands the harm to the adolescents and to his family and ex-wife.  His solid upbringing and supportive family are critical resources for his rehabilitation and will promote his success on return to the community.  He has a clean legal record and is a good son and hard worker.  He has the potential to contribute to society.  He has many strengths, and with treatment is, in my opinion, at low risk for re-offense.  I emphasize his need for assessment and treatment on admission to incarceration because he is at significant risk for suicide…"*  (see- Psychological Evaluation – Dr. Madelon Baranoski – dated 12/5/2016 – *p. 19 -20*).

### 6.  Community Service and Other Good Deeds

Letters attached to this memorandum have described the many good deeds Daniel Conrad has performed during his young life for members of his family, specifically his seriously ill father prior to his death this past summer, his grandparents, older members of the community, older customers for whom he worked, and basic good deeds of helping community members re-build their homes.  As reported by his mother, during his teenage years and while working at a Stop & Shop after school he reacted quickly when a co-worker was choking on something, and, he used the Heimlich maneuver to save him.  Another example was several years ago, in the town of Lakeville, Daniel Conrad and other community members skilled in carpentry gathered to helped a family whose father and husband was recovering from a serious illness and surgeries to finish

16

CLINTON J. ROBERTS & ASSOCIATES, INC.

the renovations to his home that he was unable to complete due to his illness (see – Newspaper Article – *App. D*).  All of these acts of kindness and good will are indicators of Daniel Conrad's true character.

    III.      **Conclusion**

The purposes of sentencing, as set forth in Section 3553(a) (2) namely, just punishment, deterrence, protection of the public, and rehabilitation can be achieved in this case with a sentence that does not exceed the mandatory minimum of 15 years as required by statute.  Under the parsimony principle the sentence should be the minimum necessary to accomplish these purposes.

Daniel Conrad has no prior criminal convictions.  He has accepted responsibility and, without question, he has expressed sincere and genuine remorse and shame for his behavior in the instant offense.  Dr. Baranoski, a highly respected forensic psychologist and Professor at Yale Medical School, opined that Daniel Conrad is a low risk to ever re-offend and that he would benefit from therapy, and, ultimately, upon his return to the community, would be a productive member of society.  Moreover, the minimum sentence, is a lengthy one in and of itself, would also meet the sentencing goals of deterrence, protection of the public and the need for rehabilitation.  For all of the above reasons presented in this memorandum, factors presented in Dr. Baranoski's psychological evaluation, and, the comments from defense counsel's sentencing

CLINTON J. ROBERTS & ASSOCIATES, INC.

memorandum, it is respectfully submitted that this Court consider all the

applicable factors for a sentence not to exceed the mandatory minimum that

would satisfy a sentence that is sufficient but not greater than necessary.

Respectfully submitted,

Clinton J. Roberts & Associates, Inc.

By

Clinton J. Roberts

100 Pearl Street, 2nd Floor
Hartford, CT 06103
Tel: (860)278-5252

## APPENDIX A

- **Letters from Family Members**



August 9, 2016

The Honorable Vanessa Bryant;

My name is Barbara-Jean Fitting. I am Daniel Conrad's mother.

Dan is a wonderful son. I don't know what his step-father and I would do without him. He is the first one to help us with anything we may be doing. He helps us with shoveling snow and plowing our driveway in the winter. He helps us put in our air conditioners, clean up our yard, bring in wood and cut down trees, wash my car to name a few of his kind gestures. He watches our dog when we go away and we always know that she will be lovingly cared for. Whenever we need him he is right there to lend a helping hand.

When my parents were alive and Dan was in his teenage years he would help them with lifting heavy things or help them in any way that he could or just be with them when they were lonely. He visited them often and he brightened their lives. Recently Dan's father had a stroke and needed someone to drive him to his appointments and help him with chores and as usual Dan was there to help.

When Dan was in high school he worked at Stop & Shop. One day, one of his co-workers was choking on something and Dan did the Heimlich maneuver on him and saved him.

When Dan was in his early 20's we took him to a seminar that was designed to test your character. My husband and I also attended this program. One of the events had us hike up a mountain and carry bricks and a large container of water. Dan volunteered to carry the water and also helped carry the bricks for the weaker hikers. He excelled in all aspects of that program.

He is very hardworking and has worked in the construction field for 10 years. When a friend of my husband fell on hard times Dan volunteered his time to help finish an addition for them. He makes beautiful furniture, such as toy boxes for his nieces and nephews and has made many items for friends. He built my sister's deck and helped my brother replace his roof.

Dan is a loving son who will always be ready and willing to help anyone in need. He is generous, kind hearted, respectful, honest, and has a positive attitude. He is reliable and trustworthy. He is a productive member of society.

Sincerely,

Barbara-Jean Fitting
Barbara-Jean Fitting

The Honorable Vanessa Bryant

My name is Jeffrey Fitting, I am Dan Conrad's stepfather. I have been in Dan's life since he was 8 years old. When I met his mother, and found out that it was a "package deal", (2 sons) I was very nervous!

I'm here to say, it has been a Blessing! Dan has been an added joy to my life.

He has always been very supportive of his mother and me. Even as a teenager, he was always there to help.

He has always been very respectful, when he was still living at home, he and his friends hung out at our house a lot, and it was a pleasure to have them all there.

As an adult, and as we got older, he was always the one to come help with chores around our house. He helps me in the winter with snow removal, and year round with any heavy lifting things I can't do – even though he had his own houses to tend to.

Dan has a very "giving" spirit.
one of my best friends ended up falling ill, so I was gathering a group of our friends to help finish an addition they were doing to their house – who was the first to sign up? Dan!

As my in-laws got older, and not only needed help, but needed company, Dan was always there, to lend a hand, or just an ear.

In 2012, I bought a franchised floor refinishing business, and Dan was my partner. I knew that I could depend on him to go into people's home and treat them with respect, and do an amazing job on their floors – never compromising! He was always going above and beyond to please the customer. Sad to say, I have since closed up that business, but I would not hesitate for a minute to go into business with him again.

They say that being a step-father is not always an easy thing to do; well I am here to say that I couldn't be prouder than to say that I am Dan's step-father!

Sincerely,

*Jeffrey Fitting*

Jeffrey Fitting

Dear Honorable Vanessa Bryant,

My name is Jeremy Conrad I am Dan Conrad's brother. I have known him my entire life, I still vividly remember the day he was born even though I was only 5 year old. I have always been very proud of my brother. He was the best man at my wedding. He listens to me with an open heart when I come to him with problems. He is always the one to take the hard stance about being honest doing what is right even when it isn't easy. He helps our disabled father by shoveling snow, yard work, taking him to doctor's appointments. He has done river clean ups and cares deeply about our environment. He loves to photograph wildlife and wants to preserve the wildlife for future generations. He is known as a very caring friend who would give the very shirt off his back to any of his friends in need. My brother is a good man. He has helped friends and family with construction and works very hard to do a job he is proud of.

Respectfully Yours,

Jeremy Conrad

July 4, 2016

The Honorable Vanessa Bryant

Dear Ms. Bryant,

My name is Michael G. Fitting. I am one of the brothers of Jeff Fitting, Dan Conrad's step-father. I have known Dan ever since he became a part of our family -- when he was about 8 years old.

I have been able to be somewhat a part of his life as he would join with us at family picnics, holiday dinner gatherings, and other get-togethers. He, along with my three daughters, all about the same age, would bond together whenever there was an opportunity. Most especially, when we all went on a week-long cruise together. Danny has always been of good character and there was never any type of concern that I felt when they were together.

I was also fortunate to witness Danny at work on construction sites, as I am a state certified Building Inspector. Dan would be dependable and conscientious while performing whatever duties or responsibilities he was assigned to do.

It was always very heartwarming to be able to see how Danny would look up to his step-father as he was encouraging him to do various odd jobs or activities. This too was evident when Dan would be joining in like ventures with his Grandparents. Likewise, it would fulfill my heart as I would be witness to the gaze of pride that was returned when Dan completed any task, whether it was successful, or by learning from a situation not done completely or correctly.

During my duties recently I have had the good fortune to meet with one of Dan's former employer's, who has stated to me that he wished that Danny was still working with him, and I felt that he would probably hire him back, if he had the opportunity to.

It is the opinion of the undersigned that Daniel Conrad has the qualities and understanding to be a dependable and trustworthy friend, neighbor, and employee to whoever is fortunate to have him as a part of their life.

Michael G. Fitting
84 Cook Road
Sheffield, MA. 01257

413-854-8113

July 4, 2016

The Honorable Vanessa Bryant

Dear Ms. Bryant,

My name is Michael G. Fitting. I am one of the brothers of Jeff Fitting, Dan Conrad's step-father. I have known Dan ever since he became a part of our family – when he was about 8 years old.

I have been able to be somewhat a part of his life as he would join with us at family picnics, holiday dinner gatherings, and other get-togethers. He, along with my three daughters, all about the same age, would bond together whenever there was an opportunity. Most especially, when we all went on a week-long cruise together. Danny has always been of good character and there was never any type of concern that I felt when they were together.

I was also fortunate to witness Danny at work on construction sites, as I am a state certified Building Inspector. Dan would be dependable and conscientious while performing whatever duties or responsibilities he was assigned to do.

It was always very heartwarming to be able to see how Danny would look up to his step-father as he was encouraging him to do various odd jobs or activities. This too was evident when Dan would be joining in like ventures with his Grandparents. Likewise, it would fulfill my heart as I would be witness to the gaze of pride that was returned when Dan completed any task, whether it was successful, or by learning from a situation not done completely or correctly.

During my duties recently I have had the good fortune to meet with one of Dan's former employer's, who has stated to me that he wished that Danny was still working with him, and I felt that he would probably hire him back, if he had the opportunity to.

It is the opinion of the undersigned that Daniel Conrad has the qualities and understanding to be a dependable and trustworthy friend, neighbor, and employee to whoever is fortunate to have him as a part of their life.


Michael G. Fitting
84 Cook Road
Sheffield, MA. 01257

413-854-8113

July 18, 2016

To The Honorable Vanessa Bryant,

My name is Melinda Fitting. I am writing on behalf of Daniel
Conrad, who is my step-nephew.
I have known Dan since he was about nine years old, when his
mother Barbara married my brother-in-law, Jeffrey Fitting.
Dan has grown up with my four daughters, they are all within a
year or so of age of each other. Our families have shared many
summer vacations, family trips, holidays, and other milestone
celebrations together. Dan was always a favorite cousin when
all the kids got together. No matter your age, he can be the one
who will sit with you and listen when you have something you
need to talk about. He is the one with the great sense of humor,
the ready laugh, always willing to have an adventure.
As the kids grew up, this generation of our family was very
close with all their respective grandparents and Dan was no
exception. He was very respectful of his grandparents and ready
to assist them in any way he could. Dan was always perceptive
of their needs, especially that they would feel valued, loved, and
wanted. He would drop everything to help with anything they
might need at a moment's notice. Dan is devoted to his family,
and an integral part of us!
I also know Dan to be a hard-worker. When he would talk with
me about the work he was doing at various construction jobs his
pride in what he did would come through. He cares very much
that his work be of good quality, and I can plainly see that he is a
loyal employee, dedicated, reliable, and trust-worthy.
Thank you for your consideration.

Sincerely,
Melinda Fitting

To: The Honorable Vanessa Bryant
From: Peter Fitting
Re: Daniel Conrad

Dear Ms. Bryant;

Daniel Conrad has been a member of my family for well over twenty years. His mother married my younger brother, and Danny came along, as something of a step-nephew.

I found him to be a wonderful addition. He seemed to be a terrific role model for my young son. He played with him, entertained him, they seemed to thoroughly enjoy each others company. Danny was very athletic, quite clever, and I think it gave George an example to strive for.

In my own case, as Danny got older, he and my brother Jeff, his step-father, did many tasks around our house, using his skills with carpentry, skills I don't even come close to having. He has been a great help to us.

I have personally always found him to be a fine person, and a pleasure to be around.

Sincerely,
Peter Fitting

Attn: The Honorable Vanessa Bryant

My name is Amanda Conrad, and I am Daniel Conrad's Sister in law, married to his brother Jeremy. I first met Dan 15 years ago. I have seen Dan and Jeremy grow a strong relationship as brothers into a strong relationship as friends. They enjoy fishing, kayaking and generally being outdoors together.

Dan frequently helps his Father with yard work and plowing snow. He is frequently taking his Dad to doctor's appointments and running errands with him. They also enjoy fishing and boating together. He has a great relationship with his Mom and Jeff. He values what his family thinks and how they feel about him.

Dan has a loving relationship with his family and has numerous friends. Our children adore him and love playing Legos, fishing, talking about wildlife and just enjoy his company. Dan is a hard worker and finds great satisfaction in a job well done.

Dan has the support of a loving family and a strong community of friends.

Sincerely,

Amanda Conrad

Susan G. O'Brien
8 Country Farm Road
Oxford, CT 06478
(203) 258-2603
suegobrien@gmail.com


19th July 2016


The Honorable Vanessa Bryant
ABRAHAM RIBICOFF FEDERAL BUILDING
United States Courthouse
450 Main Street - Annex 135
Hartford, Connecticut 06103


Dear Judge Bryant,

I am writing to you in regards to Daniel Conrad and his upcoming sentencing. I understand that he has pleaded guilty to a crime that cannot go unpunished, but I thought you should know a little about Dan. I have known Dan his entire life I am one of his older cousins on his mother's side. I am currently a stay at home mom to 3 wonderful children. We are a close family and Dan has always been a part of my life. We are lucky enough to have a family cottage that we have been able to spend many summer weekends enjoying as a large family. Some of my favorite memories are all of us together playing board games.

Growing up Dan was always a fun and kind child. He was creative and energetic. He loves nature and will go out of his way to keep the environment clean. As a child he considered the 5th of July his favorite holiday, because that was the day he would walk along the beach picking up all the spent fireworks and any other litter he found. As he has grown older his kindness has always been evident, not only in the way he treats people but animals as well. My children adore him and his silly ways. He is not the type of guy to lay around, he is always busy helping or working.

Dan is the type of man you can count on. He is a talented carpenter and has helped not only myself but much of our family. He is kind and generous, if he can help you he will.

Sincerely,

Susan G. O'Brien

To The Honorable Vanessa Bryant:

My name is Denise Smith and I am Dan Conrad's aunt and thus have known and loved Dan since his birth.

I find Dan to be bright, energetic, dependable, respectful, humorous, kind, and hard-working. Our family shares a summer cottage and Dan is always there on our work week-ends to lend a hand; whether it be building a deck or constructing a shed. He is a skilled carpenter and puts in long hours helping to get the job done. He keeps his sense of humor while working as well and is a pleasure to be with.

My son is an only child and Dan is his closest cousin. They have developed a strong sibling-esque bond; Dan has taken him on river kayak and camping trips with him. They enjoy similar musical tastes and enjoy live musical performances together. Never have I known him to lose his temper or carry a grudge. Dan's love of family, commonly displayed to his wife, mom and dad, aunts, uncles, brother, and dog are unflagging. Dan was also very close to my parents (his grandparents) and visited them often in their final years and months. We are a close family that will always treasure Dan's place in it.

I look forward to Dan's continuing role in our lives; his love, energy and humor will always be welcome.

Sincerely,

Denise Smith
Denise Smith

The Honorable Vanessa Bryant:

My name is Lynda Veteran
and Daniel Conrad is my
nephew. I have known
him his whole life.

In my experience he
has always been an
honorable and hard working
man. He built my deck
for me and has always
treated me with love
and respect. I would
certainly use Daniel for
any job I needed done.

He was also very
helpful to my parents
and other family members.

Yours truly,
Lynda Veteran

# APPENDIX B

- Letters from Friends and Community Members

TO THE HONORABLE VANESSA Bryant

My name is Pamela Currier and I am
writing on behalf of Daniel J. Conrad. I
met Daniels parents thirty seven years
ago when I moved into a duplex next door.
We became friends and remained so after
we each moved.
Daniels' mom Barbara and I had our
sons two months apart and our families
became even closer.
At one point Barbara and I shared a
house with our children and our friendship
became one of love and support to this day.
During this time, our boys were like brothers.
I have been with or followed Daniel
through every stage of his life, from a
happy energetic boy playing soccer with my
son on the town team, to a strong young man
working hard and being independant.
Daniel has always kept his family at
the center of his life, making them a
priority. I consider myself blessed to have
him consider me part of this family.
Having always seen a loving, polite person,
ready with a smile and a hug, as we saw
each other less frequently, I was admittedly
surprised and confused when I learned of
his situation.
Knowing that the best of people can get
themselves into bad situations, it was very
important to me personally to visit with
Daniel and have a private talk, which we did
several months ago.
We talked, I listened, and then told him
I was not angry, and I would support him
throughout this process in any way I could.

This was not based on my love for him, but rather on what I heard from him and saw in his eyes. A combination of sadness, fear, awareness and greatfulness that he was still loved and supported. This was the Daniel that I had helped raise.

As to the future, I will continue to support him and his family in any way I can. Whether it be references for work or housing, visits, or any requirements of the court upon his release

Respectfully yours,

*(signature)*

Pamela J Carrier

Mary B Reeve

The Honorable Vanessa Bryant

Dear Honorable Bryant,

My name is Mary Reeve. I am typing this letter for Dan Conrad, someone I have known for the last 13 years. I met Dan when I started dating my husband, Scott. We are good friends with Dan's mother and step-father, and have been on many group vacations with that family. Dan has always been fun loving and always had a smile on his face on these trips. On the cruise we took back in 2006, Dan was so great and helpful with his grandparents, who were in their 80's. The entire family is so family orientated it almost seems unreal. They spend weekend's together, vacations together, they all get along amazingly. This is one the closest families I know and they are all so truly amazing and always grateful for the day they have, and not what they don't have. I would just like to let you know that Dan is a sincere person who when called upon, is eager to pitch in and help out. In my book, what I would call a TRUE friend.

Thank you,

Mary B Reeve

# APPENDIX C

- Letters from Employers

September 9, 2016

The Honorable Vanessa Bryant,

Dan Conrad has been a friend of mine for the past four years and an employee of mine for the past year.

Dan is my best employee. He is trustworthy and always goes the extra mile. When he sees something that was needs done even if its not in the job contract he will do it to make sure the customers are always happy. He always has a positive attitude even on the hard days.

Dan is very compassionate as well. He is always mindful of older customers and helping them out with things while we are on the job. He relates well with people and my customers always love his company, work ethics and quality of work he performs.

I would love to re-employ Dan at a future time. I know how he works, operates and how he has a heart for people and doing whats right. He is very good at what he does and never cuts corners. Our community and areas we work in needs qualified, talented people like Dan to get the best results on the job.

Dan is a very positive and hard working man. He has what it takes to be a great asset to the community and to all he is around. I trust him like a brother. He has many strengths and positive ethics!

Sincerely,

Phil Schneider

**D. Scott Reeve**

**Construction, LLC**

55 Laurel Way Ext.

Norfolk, CT  06058

7/12/2016

D. Scott Reeve Construction, LLC

55 Laurel Way Ext.

Honorable Vanessa Bryant

Hello,

I am the owner of D. Scott Reeve Construction, LLC. I have been in business for 19 years. I have known Dan for 20 plus years, and have worked with him on and off for the last 8 years. Dan has always been a delightful cheery person with a positive outlook on life. As good friends with his parents, I got to spend a lot of time with him and watch him grow up. While on many vacations together, Dan was always the one who would make you laugh the most. Looking back, I guess you could say, he knew how to love each day. While we have worked together, I can safely say that he is a hard working young man and eager to show up and get the job done. I would never hesitate to have him work with my crew, and welcome the opportunity for him to return. He is very professional and conscientious carpenter, and working with him was a pleasure.

D. Scott Reeve

Owner

D. Scott Reeve Construction, LLC

July 11, 2016

Your Honorable Vanessa Bryant,

Thank you for allowing me to share a few thoughts about Dan Conrad. My name is Scott Sinclair and I have known Dan since his early childhood. He was a classmate of my step-son and grew up in the same town.

In recent years, Dan had started his own business, partnering with his step father. It was here that I really came to know Dan on a day to day personal and professional level. I worked closely with Dan for three years and found him to be very courteous and respectful. He always listened to clients and was never afraid to share his opinion. Dan always strived to put forth his best effort and go the extra mile. I would not hesitate to work with Dan in the future.

Dan and I share a great fondness for nature and the outdoors. He recounted many wonderful times with his family and friends camping, canoeing, fishing or just enjoying the outdoors. I recall one particular time that Dan was excited to share with me. A mother black bear had made a den with her cubs in his back yard. He invited me to come and watch her as she nurtured her family through the winter. We spent many wonderful hours just observing. I have found Dan to be most at peace in the outdoors.

My connection to Dan also extends to his family. I am very close to his mother and step-father and have witnessed what a terrible burden of sadness both he and his family have been living. I am comforted to know that Dan is quite open about his mistakes and hope that the strong faith of his family and community will help him through this difficult time.

Sincerely,

Scott Sinclair

# APPENDIX D

## Community Service Article

# 'Barn-Raising' Helps Finish Carpentry Work

By JANET MANKO

LAKEVILLE — There are advantages to growing up and living in a small town and nobody knows that better right now than Becky and John Sherwood. This past weekend, many of their friends with skills in carpentry and home renovation gathered at the Sherwood house to finish construction on an addition to their house that John Sherwood, a carpenter, began himself several months ago. That was before he was suddenly taken ill and was unable to finish the large project he had begun.

In March, after beginning the major renovation to their Farnam Road home, he was diagnosed with diverticulitis and then suffered complications that led to unexpected surgeries and a long recuperation.

That recuperation continues and there is still another surgery to come. While going through all this, John was keenly aware that he had left the house addition only partly finished. The unsealed soffits were of particular concern to him.

"He was afraid we'd get bats or birds in the house," said his wife, Becky Sherwood, on Sunday as she stood in front of her home.

## COMMUNITY SNAPSHOT
### JANET MANKO

Bob Smith, Jim Hickey and John from "Z" Floors. Becky said she is also thankful to the entire Sherwood family, all of whom have stepped forward in many different ways to help the young couple and their children through this difficult time.

On Sunday morning, the house was abuzz (literally) with the activity of many workers hammering, sawing, cutting, climbing ladders, carrying materials, inside and outside. The work was all getting done amid friendly banter and ribbing among the men.

"They've just gotten into the spirit of it," said Becky, "and some guys have come back for a second day who we only expected for one day."

She has found that people have been willing to offer help with "endless generosity," coming up to her at school and baseball games and offering whatever they could to help.

Fitting noted on Monday night that even more people had just stopped by to help during the day! His intention, though, is that the family be the focus of attention.

"This isn't about us, the contractors," Fitting said. "It's about a family in need."

If anyone would like to help out in any way, call Jeff Fitting at 860-833-9802.



PHOTO BY JAN ETMANKO

The crew Sunday morning took a quick break to pose with Becky Sherwood in front of the house, top. This is "before" and "during" the renovation; look for the "after" photos in a future issue of The Lakeville Journal.

CONT ON PG 2

CONT. FROM PG 1

John asked his friend, Jeff Fitting of Pleasant Valley, if he could just seal up the soffits. Fitting readily agreed, then gave it some more thought and decided to try and do much more than seal up the soffits. He began to look for more people — especially from among the friends he grew up with in this area — to help with the project, asking around to get a group of contractors all there at one time to finish off the addition for the Sherwood family. He found that people were very responsive and willing to help.

"That's what friends and family and community are all about," Fitting said while on a short break Sunday morning. "It's like a barn-raising: someone needs help, you help."

"Jeff is a really special person. He's a mover and shaker and knows how to get things done," said Becky. "But this is just incredible."

She was overwhelmed by the generosity of the friends who showed up this past hot weekend to work on and finish the addition. Becky noted that her husband wouldn't have wanted to put his friends to the extra work, and might even have objected — so they kept the whole thing a surprise.

"But once it's done, he'll thank us in the long run," she said.

John's cousin from Long Island had an event planned this weekend, so Becky talked him into going out there and taking their three children: 9-year-old Michael; 7-year-old Seth; and their sister Taylor, who is 4 years old.

"It wasn't easy, but we did talk him into it," she said.

In John's absence, the crew descended on the house Saturday, Sunday, Monday and Tuesday to try and finish the addition as quickly as possible. As of Monday evening, the siding on the house was complete.

Many people have cooperated to get the work done, said Becky, and she expressed gratitude to them all. "Brenda at On-The-Run in Lakeville gave us doughnuts for the guys for breakfast," she said. The Sherwoods' Farnam Road neighbors, Maggie and Joe Fraser and Matt Fahrner and Linda Stefanisko, cooked for the entire crew. C.A. Lindell's in Canaan was a big help, getting them the materials at cost, Fitting said. "All the guys are pitching in," he added. Here are some of "the guys:" Dwayne Jones, Adam and Roger Murray, Scott Reeve, John Whalen, Jim Rutledge, Jeff Fitting, Dan Conrad, David Seitz, Mark Caliendo, Bruce Marston, Tom Metzger,